435 A.2d 1331

Byrd v. Septa, Appellant.

Argued September 8, 1980. Joan L. Gerson, for appellant; Joseph I. Fineman, for appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment affirmed.

435 A.2d 1331

Commonwealth v. Fisher, Appellant.
Petition for Allowance of Appeal Denied Nov. 9, 1981.

Submitted March 6, 1980. Barbara A. Roth, for appellant; C. Joseph Rehkamp, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

We affirm on the basis of the comprehensive and well reasoned opinion of the court below.